**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 65 MAL 2022

               Respondent             :

                                    :    Petition for Allowance of Appeal

                                    :    from the Order of the Superior Court

             v.                           :

                                    :

JEFFREY DAVID HILL,                  :

                                    :

                   Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 22nd day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.